# EXHIBIT D

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA • COUNTY OF FRESNO**<br>Civil Unlimited Department, Central Division<br>1130 "O" Street<br>Fresno, California 93724-0002<br>**(559) 457-1900** | *FOR COURT USE ONLY*<br>8/16/2024<br>**Filed by Court** |
| TITLE OF CASE:<br><br>Robert Marquez vs. Temu.com, a Delaware Corporation | |
| **NOTICE OF CASE MANAGEMENT CONFERENCE AND ASSIGNMENT OF JUDGE FOR ALL PURPOSES** | CASE NUMBER:<br>**24CECG03494** |

**To All Parties and their Attorneys of Record:**   Arash Nematollahi
Adamson Ahdoot LLP
1122 S. La Cienega Blvd.
Los Angeles CA  90035

This case has been assigned to **Jon M Skiles**, Judge for **all purposes**.
All future hearings will be scheduled before this assigned judge, in **Department 403**

You are required to appear at a Case Management Conference on **12/18/2024** at **3:00 PM** in **Department 97E** of the Court located at 2317 Tuolumne Street, **Fresno, California.**

You must comply with the requirements set forth in the Superior Court of Fresno County, Local Rules, Chapter 2.

Failure to appear at the conference may result in imposition of sanctions, waiver of jury trial, or other adverse consequences.

**Defendants:** Appearance at the Case Management Conference does not excuse you from having to file your response in proper legal form within 30 days after the summons is served on you. Failure to file a response in a timely manner may result in adverse consequences, including a default judgment being entered against you. If you do not have an attorney and wish to retain one, there are attorney referral services, legal aid offices, and private practice attorneys in the Fresno area (most may be found on the internet or the local phone book).

---

**DECLARATION**

I declare under penalty of perjury under the laws of the State of California that I gave a copy of the **Notice of Case Management and Assignment of Judge for All Purposes** to the person who presented this case for filing.

Date: **8/16/2024**            Clerk, by  **Maria Marselas**          _____, Deputy

CV-48 R07-21
OPTIONAL

NOTICE OF CASE MANAGEMENT CONFERENCE AND ASSIGNMENT OF
JUDGE FOR ALL PURPOSES

| SUPERIOR COURT OF CALIFORNIA • COUNTY OF FRESNO<br>Civil Unlimited Department, Central Division<br>1130 "O" Street<br>Fresno, California 93721<br>(559) 457-1900 | FOR COURT USE ONLY<br><br>**FILED**<br>OCT 15 2024<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF FRESNO |
|---|---|
| TITLE OF CASE:<br>**Robert Marquez vs. Temu.com, a Delaware Corporation** | |
| **NOTICE OF VOIDING OF FILED DOCUMENTS** | BY_____ DEPUTY<br>CASE NUMBER:<br>**24CECG03494** |

The following documents have been voided   due to clerical error
Amendment to Complaint adding DOE 1

☐ The case has been voided per § CCP411.20(b).

Date: **October 15, 2024**      Clerk, by _____ , Deputy
                                        J. Corley

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the Notice of Voiding of Filed Documents was mailed first class, postage fully prepaid, in a sealed envelope addressed as shown below, and that the notice was mailed at Fresno, California, on:

Date: **October 15, 2024**      Clerk, by _____ , Deputy
                                        J. Corley

**Arash Nematollahi, Esq.**
**ADAMSON AHDOOT LLP**
**1122 S. La Cienega Blvd.**
**Los Angeles, CA 90035**

TCV-58 R12-15                    NOTICE OF VOIDING OF FILED DOCUMENTS

E-FILED
10/15/2024 11:13 AM
Superior Court of California
County of Fresno
By: Joshua Corley, Deputy

VOIDED - JC - 10/15/2024

Alan A. Ahdoot, Esq. (State Bar No. 238594)
Christopher B. Adamson, Esq. (State Bar No. 238500)
Arash Nematollahi, Esq. (State Bar No.: 225306)
**ADAMSON AHDOOT LLP**
1122 S. La Cienega Blvd.
Los Angeles, California 90035
T: 310.888.0024 / F: 888.895.4665
E: alan@aa.law; E: christopher@aa.law
E: arash@aa.law

Attorneys for Plaintiff
ROBERT JOSEPH MARQUEZ, an individual

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF FRESNO – B.F. SISK COURTHOUSE

### UNLIMITED JURISDICTION

| | |
|---|---|
| ROBERT JOSEPH MARQUEZ, an individual,<br><br>Plaintiff,<br>vs.<br><br>TEMU.COM, a Delaware Corporation; PDD HOLDINGS, INC., f/k/a PINDUODUO, INC., a Delaware Corporation; WHALECO INC., a Delaware Corporation; ANHUI KANGFUBAO E-COMMERCE CO., LTD., business entity, form unknown; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 24CECG03494<br><br>**AMENDMENT TO COMPLAINT NAMING DOE 1 (PDD HOLDINGS LLC, f/k/a PINDUODUO, INC., a Delaware Corporation)**<br><br>Complaint Filed: 08/14/2024<br>Trial Date: None |

Upon the filing the Complaint, the Plaintiff ROBERT JOSEPH MARQUEZ, an individual, being ignorant of the true names of the following defendants and having designated the defendants in the complaint by fictitious names, hereby identifies them by their true names as follows:

**DOE 1: PDD HOLDINGS LLC, f/k/a PINDUODUO, INC., a Delaware Corporation**

Dated: October 15, 2024         **ADAMSON AHDOOT LLP**

By: _____
ARASH NEMATOLLAHI
Attorneys for Plaintiff
ROBERT JOSEPH MARQUEZ

---

AMENDMENT TO COMPLAINT NAMING DOE 1
1

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Christopher Adamson SBN 238500<br>ADAMSON AHDOOT, LLP<br>1150 S. ROBERTSON BLVD.<br>LOS ANGELES, CA 90035<br>TELEPHONE NO.: (310)888-0024  FAX NO. (Optional): (310)888-4665<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): ROBERT JOSEPH MARQUEZ | E-FILED<br>10/15/2024 12:00 PM<br>Superior Court of California<br>County of Fresno<br>By: A. Hoffman, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO<br>STREET ADDRESS: 1130 O STREET<br>MAILING ADDRESS: SAME<br>CITY AND ZIP CODE: FRESNO 93721<br>BRANCH NAME: FRESNO COUNTY SUPERIOR COURT | **DEFECTIVE** |
| PLAINTIFF/PETITIONER: ROBERT JOSEPH MARQUEZ, an individual<br>DEFENDANT/RESPONDENT: TEMU.COM, a Delaware Corporation, et al. | CASE NUMBER: 24CECG03494 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: M13671 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✔ summons
   b. ✔ complaint
   c. ✔ Alternative Dispute Resolution (ADR) package
   d. ✔ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✔ other *(specify documents):* Notice Of Case Management Conference And Assignment Of Judge For All Purposes

3. a. Party served *(specify name of party as shown on documents served):* TEMU.COM, a Delaware Corporation

   b. ✔ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   CSC Lawyer's Incorp/Agent  (Rec'd By:  Alex Jenkins, Intake Specialist)

4. Address where the party was served: 2710 Gateway Oaks Drive, Suite 150 N, Sacramento, CA 95833

5. I served the party (check proper box)
   a. ✔ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 09/19/2024   (2) at *(time):* 11:40AM
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | American LegalNet, Inc.<br>www.FormsWorkflow.com | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: ROBERT JOSEPH MARQUEZ, an individual | CASE NUMBER: 24CECG03494 |
|---|---|
| DEFENDANT/RESPONDENT: TEMU.COM, a Delaware Corporation, et al. | |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*    (2) from *(city):*

   (3) ☐   with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐   to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a.  ☐ as an individual defendant.
    b.  ☐ as the person sued under the fictitious name of *(specify):*
    c.  ☐ as occupant.
    d.  ☑ On behalf of *(specify):* TEMU.COM, a Delaware Corporation
        under the following Code of Civil Procedure section:
        ☑ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)                   ☐ 415.46 (occupant)
        ☐ other:

7.  **Person who served papers**
    a.  Name: JENICE ROSSNER
    b.  Address: 1171 S. Robertson Blvd., Suite 450, Los Angeles, CA  90035
    c.  Telephone number: (800)440-5738
    d.  The fee for service was: $
    e.  I am:
        (1) ☐ not a registered California process server.
        (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☐ a registered California process server:
            (i)  ☐ owner  ☐ employee  ☑ independent contractor.
            (ii) Registration No.: 1998-02
            (iii) County: SACRAMENTO

8.  ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.  ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 09/20/2024

JENICE ROSSNER                                                   ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                (SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Christopher Adamson  SBN 238500<br>ADAMSON AHDOOT, LLP<br>1150 S. ROBERTSON BLVD.<br>LOS ANGELES, CA 90035<br>TELEPHONE NO.: (310)888-0024    FAX NO. *(Optional)*: (310)888-4665<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: ROBERT JOSEPH MARQUEZ | FOR COURT USE ONLY<br><br>E-FILED<br>10/15/2024 12:00 PM<br>Superior Court of California<br>County of Fresno<br>By: A. Hoffman, Deputy<br><br>**DEFECTIVE** |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO<br>STREET ADDRESS: 1130 O STREET<br>MAILING ADDRESS: SAME<br>CITY AND ZIP CODE: FRESNO 93721<br>BRANCH NAME: FRESNO COUNTY SUPERIOR COURT | |
| PLAINTIFF/PETITIONER: ROBERT JOSEPH MARQUEZ, an individual<br>DEFENDANT/RESPONDENT: TEMU.COM, a Delaware Corporation, et al. | CASE NUMBER: 24CECG03494 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: M13671 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
    a. ☑ summons
    b. ☑ complaint
    c. ☑ Alternative Dispute Resolution (ADR) package
    d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
    e. ☐ cross-complaint
    f. ☑ other *(specify documents)*: Notice Of Case Management Conference And Assignment Of Judge For All Purposes

3. a. Party served *(specify name of party as shown on documents served)*: TEMU.COM, a Delaware Corporation

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   C.T. Corp/Agent  (Rec'd By:  Jacqueline Mejia, Intake Specialist, Hisp Fe, 5'5", 170, 30 yrs, Brn/Brn)

4. Address where the party was served: 330 N. Brand Blvd., Suite 700, Glendale, CA  91203

5. I served the party (check proper box)
    a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 09/20/2024    (2) at *(time)*: 09:03AM
    b. ☐ **by substituted service.** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

       (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

       (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

       (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

       (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:    from *(city)*:    or ☐ a declaration of mailing is attached.

       (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | American LegalNet, Inc.<br>www.FormsWorkflow.com | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: ROBERT JOSEPH MARQUEZ, an individual | CASE NUMBER: 24CECG03494 |
|---|---|
| DEFENDANT/RESPONDENT: TEMU.COM, a Delaware Corporation, et al. | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* TEMU.COM, a Delaware Corporation
    under the following Code of Civil Procedure section:
    ☑ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
    ☐ other:

7. **Person who served papers**
  a. Name: IRENE FRIAS
  b. Address: 1171 S. Robertson Blvd., Suite 450, Los Angeles, CA 90035
  c. Telephone number: (800)440-5738
  d. **The fee** for service was: $
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☑ independent contractor.
      (ii) Registration No.: P.I. 27499
      (iii) County: LOS ANGELES

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 09/20/2024

IRENE FRIAS    ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Christopher Adamson  SBN 238500<br>ADAMSON AHDOOT, LLP<br>1150 S. ROBERTSON BLVD.<br>LOS ANGELES, CA  90035<br>TELEPHONE NO.: (310)888-0024   FAX NO. *(Optional)*: (310)888-4665<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: ROBERT JOSEPH MARQUEZ | FOR COURT USE ONLY<br><br>E-FILED<br>10/15/2024 12:00 PM<br>Superior Court of California<br>County of Fresno<br>By: A. Hoffman, Deputy |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  FRESNO<br>STREET ADDRESS: 1130 O STREET<br>MAILING ADDRESS: SAME<br>CITY AND ZIP CODE: FRESNO 93721<br>BRANCH NAME: FRESNO COUNTY SUPERIOR COURT | **DEFECTIVE** |
| PLAINTIFF/PETITIONER: ROBERT JOSEPH MARQUEZ, an individual<br><br>DEFENDANT/RESPONDENT: TEMU.COM, a Delaware Corporation, et al. | CASE NUMBER: 24CECG03494 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: M13671 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: Notice Of Case Management Conference And Assignment Of Judge For All Purposes

3. a. Party served *(specify name of party as shown on documents served)*: WHALECO, INC., a Delaware Corporation

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   CSC Lawyer's Incorp/Agent  (Rec'd By:  Alex Jenkins, Intake Specialist)

4. Address where the party was served: 2710 Gateway Oaks Drive, Suite 150 N, Sacramento, CA  95833

5. I served the party (check proper box)
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 09/19/2024   (2) at *(time)*: 11:40AM
   b. ☐ **by substituted service.** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

       (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

       (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

       (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

       (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:    from *(city)*:    or ☐ a declaration of mailing is attached.

       (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | American LegalNet, Inc.<br>www.FormsWorkflow.com | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: ROBERT JOSEPH MARQUEZ, an individual | CASE NUMBER: 24CECG03494 |
|---|---|
| DEFENDANT/RESPONDENT: TEMU.COM, a Delaware Corporation, et al. | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                    (2) from *(city):*

   (3) ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* WHALECO, INC., a Delaware Corporation
       under the following Code of Civil Procedure section:
       ☑ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                                          ☐ other:

7. **Person who served papers**
   a. Name: JENICE ROSSNER
   b. Address: 1171 S. Robertson Blvd., Suite 450, Los Angeles, CA 90035
   c. Telephone number: (800)440-5738
   d. **The fee for service was:** $
   e. **I am:**
      (1) ☐ not a registered California process server.
      (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
          (i) ☐ owner  ☐ employee  ☑ independent contractor.
          (ii) Registration No.: 1998-02
          (iii) County: SACRAMENTO

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 09/20/2024

**JENICE ROSSNER**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)* (SIGNATURE)

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com