Alan A. Ahdoot, Esq. (State Bar No. 238594)
Christopher B. Adamson, Esq. (State Bar No. 238500)
Arash Nematollahi, Esq. (State Bar No.: 225306)
ADAMSON AHDOOT LLP
1122 S. La Cienega Blvd.
Los Angeles, California 90035
T: 310.888.0024
F: 888.895.4665
E: alan@aa.law
E: christopher@aa.law
E: arash@aa.law

Attorneys for Plaintiff
ROBERT JOSEPH MARQUEZ


GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
   cchorba@gibsondunn.com
WILLIAM E. THOMSON, SBN 187912
   wthomson@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Defendant
WHALECO INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH MARQUEZ, an individual,<br><br>            Plaintiff,<br><br>  v.<br><br>TEMU.COM, a Delaware Corporation; PDD HOLDINGS, INC., f/k/a PINDUODUO, INC., a Delaware Corporation; WHALECO INC., a Delaware Corporation; ANHUI KANGFUBAO E-COMMERCE CO., LTD., business entity, form unknown; and DOES 1-100, inclusive,<br><br>            Defendants. | CASE NO. 1:24-CV-01276-SKO<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TEMU.COM TO RESPOND TO THE COMPLAINT**<br><br>**(Doc. 6)** |

Gibson, Dunn & Crutcher LLP

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TEMU.COM TO RESPOND TO THE COMPLAINT
CASE NO. 1:24-CV-01276-SKO

WHEREAS, on August 14, 2024, plaintiff Robert Joseph Marquez ("Marquez") filed a complaint in Fresno County Superior Court, State of California, naming Temu.com, PDD Holdings, Inc., Whaleco Inc., and Anhui Kangfubao E-Commerce Co., Ltd. as defendants;

WHEREAS, Whaleco Inc. ("Whaleco") filed an answer in California Superior Court on October 18, 2024, then removed the case to this Court on the same day (Dkt. 1);

WHEREAS, Plaintiff filed two proofs of service in California Superior Court on October 18, 2024, stating that temu.com was served on September 19, 2024, and September 20, 2024;

WHEREAS, Whaleco operates a website at the domain temu.com, but denies that temu.com is a separate entity and disputes that it has been properly served;

WHEREAS, if temu.com were properly served as stated in the proof of service, its responsive pleading would be due on October 25, 2024, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C);

WHEREAS, the parties have not previously extended the time for the defendant named in the Complaint as temu.com to file a responsive pleading;

WHEREAS, the parties wish to stipulate to extend the time for a responsive pleading to be filed on behalf of the defendant named in the Complaint as "temu.com" by 28 days, until November 22, 2024;

NOW, THEREFORE, under Local Rules 143 and 144, the parties stipulate that the deadline for a responsive pleading on behalf of the defendant named in the Complaint as temu.com is November 22, 2024.

Gibson, Dunn & Crutcher LLP

1

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TEMU.COM TO RESPOND TO THE COMPLAINT
CASE NO. 1:24-CV-01276-SKO

| | | |
|---|---|---|
| 1 | Dated: October 24, 2024 | GIBSON, DUNN & CRUTCHER LLP |

By:  /s/ *Christopher Chorba*
        Christopher Chorba

*Attorneys for Defendant Whaleco Inc., which operates the website "temu.com"*

Dated:  October 24, 2024        ADAMSON AHDOOT LLP

By:  */s/ Arash Nematollahi (as authorized on 10.24.24)*
        Arash Nematollahi

*Attorneys for Plaintiff Robert Joseph Marquez*

**ORDER**

Based on the above Stipulation by the Parties (Doc. 6), and for good cause shown, the defendant named in the Complaint as "temu.com" shall file their pleading responsive to Plaintiff's Complaint on or before November 22, 2024.

IT IS SO ORDERED.

Dated:  **October 27, 2024**        */s/ Sheila K. Oberto*
        UNITED STATES MAGISTRATE JUDGE

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TEMU.COM TO RESPOND TO THE COMPLAINT
CASE NO.  1:24-CV-01276-SKO