Alan A. Ahdoot, Esq. (State Bar No. 238594)
Christopher B. Adamson, Esq. (State Bar No. 238500)
Arash Nematollahi, Esq. (State Bar No.: 225306)
ADAMSON AHDOOT LLP
1122 S. La Cienega Blvd.
Los Angeles, California 90035
T: 310.888.0024
F: 888.895.4665
E: alan@aa.law
E: christopher@aa.law
E: arash@aa.law

Attorneys for Plaintiff
ROBERT JOSEPH MARQUEZ

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
   cchorba@gibsondunn.com
WILLIAM E. THOMSON, SBN 187912
   wthomson@gibsondunn.com
JOSEPH EDMONDS, SBN 297984
   jedmonds@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Attorneys for Defendant
WHALECO INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH MARQUEZ, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>TEMU.COM, a Delaware Corporation; PDD HOLDINGS, INC., f/k/a PINDUODUO, INC., a Delaware Corporation; WHALECO INC., a Delaware Corporation; ANHUI KANGFUBAO E-COMMERCE CO., LTD., business entity, form unknown; and DOES 1-100, inclusive,<br><br>            Defendants. | CASE NO. 1:24-CV-01276-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO ARBITRATION AND STAYING ACTION** |

Having reviewed the Joint Stipulation to Submit Plaintiff Robert Joseph Marquez ("Plaintiff")'s Claims to Arbitration and Request for Order Staying Action (the "Stipulation") (Doc. 29), and finding good cause therefor, the Court grants the relief requested in the Stipulation and hereby orders as follows:

1. Plaintiff will submit all his claims against Whaleco in this case to binding arbitration, without waiver of any arguments as to choice of law or procedure;
2. The parties reserve the right to conduct discovery and arbitration via remote proceeding;
3. Whaleco will pay the fee charged by the arbitrator;
4. Whaleco's Motion to Compel Arbitration, (Doc. 10), is withdrawn as moot;
5. The case is stayed during the pendency of the arbitration proceedings; and
6. The parties shall file a joint report every sixty days as to the status of the arbitration process, or fourteen days from the entry of a final award in the arbitration proceedings, whichever is sooner.

IT IS SO ORDERED.

Dated: **September 29, 2025**              /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE